## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>　　　　　　　Debtors.<br><br>---<br><br>Libby Claimants,<br><br>　　　　　　　Appellants,<br><br>v.<br><br>BNSF Railway Company *et al.*,<br><br>　　　　　　　Appellees. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Adv. Proc. No. 01-771<br><br>Jointly Administered<br><br><br><br>Hon. Ronald L. Buckwalter<br>United States District Judge<br><br>No. 09-115-RLB |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE　　)
　　　　　　　　　　　　) SS
NEW CASTLE COUNTY　　)

　　Michelle M. Dero, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 12th day of March, 2009, she caused a copy of the following:

**LIBBY CLAIMANTS' MOTION TO CORRECT CASE CAPTION, WAIVER OF MEDIATION REQUIREMENT, AND ESTABLISH DESIGNATION DEADLINES AND BRIEFING SCHEDULE** [Docket No. 16]

to be served upon the parties on the attached list via first class mail or in the manner as indicated.

　　　　　　　　　　　　　　　　　　　　_/s/ Michelle M. Dero_
　　　　　　　　　　　　　　　　　　　　Michelle M. Dero

SWORN TO AND SUBSCRIBED before me this 12th day of March, 2009.

　　　　　　　　　　　　　　　　　　　　_/s/ Kimberly A. Becker_
　　　　　　　　　　　　　　　　　　　　Notary Public
　　　　　　　　　　　　　　　　　　　　KIMBERLY A. BECKER
　　　　　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　　　　　STATE OF DELAWARE
　　　　　　　　　　　　　　　　　　　　My Commission Expires July 23, 2010

393.001-25063

**LIBBY CLAIMANTS/BNSF RAILWAY COMPANY,** *et al.*

*Via* **First Class Mail**

(Counsel for the Official Asbestos Personal Injury Committee)
Peter Lockwood, Esquire
Nathan D. Finch, Esquire
*Caplin & Drysdale, Chartered*
One Thomas Circle, NW, Suite 1100
Washington, DC 20005

*Via* **First Class Mail**

(Counsel for W.R. Grace & Co., *et al.*)
Christopher Landau, Esquire
*Kirkland & Ellis LLP*
655 Fifteenth Street, N.W.
Washington, DC 20005-5793

*Via* **Hand Delivery**

(Counsel for BNSF Railway Company)
Evelyn J. Metlzer, Esquire
*Pepper Hamilton LLP*
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19801

*Via* **Hand Delivery**

(Counsel for Maryland Casualty Company)
Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
*Connolly Bove Lodge & Hutz LLP*
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

*Via* **Hand Delivery**

(Counsel for State of Montana)
Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
*Womble Carlyle Sandridge & Rice, PLLC*
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel for the Official Asbestos Personal Injury Committee)
Elihu Inselbuch, Esquire
*Caplin & Drysdale, Chartered*
375 Park Avenue, 35th Floor
New York, NY 10152

*Via* **Hand Delivery**

(Counsel for W.R. Grace & Co., *et al.*)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
*Pachulski, Stang, Ziehl & Jones LLP*
919 North Market Street, 17th Floor
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel for BNSF Railway Company)
Edward C. Toole, Jr., Esquire
Linda J. Casey, Esquire
*Pepper Hamilton LLP*
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

*Via* **First Class Mail**

(Counsel for Maryland Casualty Company)
Edward J. Longosz, II, Esquire
Lauara G. Stover, Esquire
*Eckert Semans Cherin & Mellott, LLC*
1747 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC 20006

*Via* **Hand Delivery**

(Counsel for Arrowood Indemnity Company f/k/a Royal Indemnity Company)
Ian Connor Bifferato, Esquire
Garvan F. McDaniel, Esquire
*Bifferato & Gentilotti, LLC*
800 King Street, First Floor
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel for Arrowood Indemnity Company f/k/a Royal Indemnity Company)
Tancred Schiavoni, Esquire
Allen Schwartz, Esquire
*O'Melveny & Myers LLP*
7 Times Square
New York, NY 10036

*Via* **First Class Mail**

(Counsel for Arrowood Indemnity Company f/k/a Royal Indemnity Company)
Carl J. Pernicone, Esquire
*Wilson, Elser, Moskowitz, Edelman & Dicker LLP*
150 East 42nd Street
New York, NY 10017-5639